UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW MULLINS,<br><br>   Plaintiff<br><br>v.<br><br>SAMANTHA POWERS, et al.,<br><br>   Defendants | Case No.: 2:24-cv-00727-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 10] |

On January 31, 2025, Magistrate Judge Albregts recommended that I dismiss this case with prejudice because plaintiff Matthew Mullins has been unable to successfully state a claim despite repeated attempts. ECF No. 10. Mullins did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 10) is accepted and plaintiff Matthew Mullins' third amended complaint (ECF No. 9) is dismissed with prejudice. The clerk of court is instructed to close this case.

DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE